## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**KELLEY COMMERCIAL REALTY, LLC;**
**THE VILLAGE AT PLEASANT VALLEY,**
**LLC; VPV PROPERTIES, LLC; and**
**KELLEY COMMERCIAL PARTNERS, INC.**                      **PLAINTIFFS**

v.                                    No. 4:24-cv-1067-DPM

**NATIONWIDE PROPERTY &**
**CASUALTY INSURANCE COMPANY**                            **DEFENDANT**

### ORDER

According to various public records and information, Hank Kelly is the CEO of Kelley Commercial Partners, Inc., and deeply involved with Kelley Commercial Realty, LLC.  He is the brother of my friend Kay Kelley Arnold and the brother-in-law of my former boss, mentor, and friend, Judge Richard S. Arnold.  My impartiality in this case could reasonably be questioned.  28 U.S.C. § 455(a).  I therefore recuse. The Clerk must randomly reassign this case at random by chip exchange.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

10 December 2024